UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WOODLAND PUBLIC DEFENDER'S OFFICE-YOLO COUNTY, et al.,<br><br>Defendants. | No. 2:22-cv-1325 KJM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. However, plaintiff did not file an application to proceed in forma pauperis or pay the filing fee at the time this action was filed. On August 3, 2022 the court issued an order directing plaintiff to submit an in forma pauperis application or pay the filing fee. (ECF No. 3.)

Plaintiff has requested an extension of time to file an application to proceed in forma pauperis or pay the $402.00 filing fee. (ECF No. 9.) Plaintiff states that he has received and completed the application to proceed in forma pauperis but that it has not yet been returned to him by prison officials so that he may submit it to the court. (Id. at 1.) Plaintiff requests a thirty-day extension of time to submit a completed in forma pauperis application. Good cause appearing, plaintiff's motion for extension of time will be granted.

////

Plaintiff also filed a "motion for discovery" with the court. (ECF No. 10.) Plaintiff's motion is written in dense cursive but seems to request broad discovery related to his complaint. (Id.) It also appears to recite a number of factual allegations related to his claims. Pursuant to 28 U.S.C. § 1915A(a), the court must screen all prisoner complaints prior to service on defendants. The court has not yet screened plaintiff's complaint and found it contains cognizable claims. Additionally, as discussed above, plaintiff has not yet paid the filing fee or been granted leave to proceed in forma pauperis. Accordingly, plaintiff's motion (ECF No. 10) will be denied as premature without prejudice for it's renewal at a later stage of these proceedings.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis or pay the $402.00 filing fee.

3. Plaintiff's motion for discovery (ECF No. 10) is denied without prejudice as premature.

DATED: August 31, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/john1325.36ifp