UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON, | No. 2:22-cv-1325 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| WOODLAND PUBLIC DEFENDER'S OFFICE-YOLO COUNTY, et al., | |
| Defendants. | |

  Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 15) However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

  Additionally, plaintiff has filed a motion requesting a reduction in the amount taken from his inmate trust account each month should in forma pauperis status be granted. (ECF No. 13.) The court does not have the authority to reduce the monthly payment obligations of a plaintiff proceeding in forma pauperis. 28 U.S.C. § 1915; See Riels v. Allison, 1:12-cv-1314 LJO JLT P, 2019 WL 1284486, at *1 (E.D. Cal. Mar. 20, 2019). The amount taken each month is prescribed

by statute and 28 U.S.C. § 1915 does not include an exception for hardship. Id. Plaintiff's motion for a reduction in monthly payments should he be granted in forma pauperis status (ECF No. 13) will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to reduce monthly trust fund account withdrawals (ECF No. 13) is denied;

2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court;

3. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 9, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/john1325.3c