UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHONSON, | No. 2:22-cv-01325 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| WOODLAND PUBLIC DEFENDERS OFFICE, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the filing fee or filed a completed application to proceed in forma pauperis.

The court has previously granted plaintiff three prior extensions of time to file an in forma pauperis affidavit or pay the filing fee. (ECF Nos. 3, 11, 16.) Plaintiff now requests a further extension of time to file a motion to proceed in forma pauperis. (ECF No. 21.) He requests this extension as he did not receive the court's prior order and the attached in forma pauperis application form. (Id. at 1.) In light of these facts and good cause appearing, the court will grant plaintiff's request for a thirty-day extension of time to either pay the filing fee for this action or submit a completed in forma pauperis application. No further extensions of time will be granted.

////

1

Good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's motion for an extension of time (ECF No. 21) is granted; and

2. Plaintiff shall submit, within thirty days from this order, a fully completed in forma pauperis application. No further extensions of time will be granted;

3. The Clerk of the court shall provide plaintiff with a copy of the in forma pauperis application used by non-prisoners; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: December 19, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/john1325.36ifp(2)

2