UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON, | No. 2:22-cv-01325 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| WOODLAND PUBLIC DEFENDERS OFFICE – YOLO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Judgment was entered on August 7, 2023. (ECF No. 27.) Plaintiff then requested to have the filing fee for the appeal waived. (ECF No. 31.) Review of the Ninth Circuit docket indicates plaintiff's appeal was dismissed for lack of jurisdiction. Accordingly, plaintiff's request in this court to have the filing fee waived is moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to waive the filing fee for appeal (ECF No. 31) is denied as moot.

Dated: May 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
john1325.ifp.appeal

1